UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CONTINENTAL 332 FUND, LLC,
CONTINENTAL 298 FUND LLC,
CONTINENTAL 306 FUND LLC and
CONTINENTAL 326 FUND LLC,

        Plaintiffs,

v.                                           CASE NO. 2:17-cv-00041-SPC-MRM

DAVID ALBERTELLI and
ALBERTELLI CONSTRUCTION INC.,

        Defendants.

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

    In accordance with Local Rule 1.04(d), I certify that the instant action:

__√__ IS      related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:

        *Continental 298 Fund LLC v. Albertelli Construction, Inc.*
        70-cv-16 23339 / District Court, First Judicial District, State of Minnesota

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this **Notice of Pendency of Other Actions** upon each party no later than **FOURTEEN (14) DAYS** after appearance of the party.

Dated: February 9, 2017

Respectfully Submitted,

**DUANE MORRIS LLP**
*Trial Counsel for Plaintiffs*
*CONTINENTAL 332 FUND, LLC, CONTINENTAL 298 FUND LLC,*
*CONTINENTAL 306 FUND LLC, and*
*CONTINENTAL 326 FUND LLC*
200 South Biscayne Boulevard, Suite 3400
Miami, Florida 33131
Tel: (305) 960-2318
Fax: (305) 397-1692


By: s/Alvin D. Lodish
　　　Alvin D. Lodish, Esq.
　　　Florida Bar No.:  622273
　　　alodish@duanemorris.com


Larry Selander
Duane Morris LLP
190 S. LaSalle St., #3700
Chicago, IL  60603
Phone: 312-499-0147
lselander@duanemorris.com

Jeffrey L. Hamera
Duane Morris LLP
190 S. LaSalle St., #3700
Chicago, IL  60603
Phone: 312-499-6782
jlhamera@duanemorris.com

*Pro Hac Vice* Counsel for Plaintiffs
*CONTINENTAL 332 FUND, LLC, CONTINENTAL 298 FUND LLC,*
*CONTINENTAL 306 FUND LLC, and*
*CONTINENTAL 326 FUND LLC*