# Exhibit A

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Continental 332 Fund, LLC, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:17-cv-00041-SPC-MRM |
| David Albertelli and Albertelli Construction, Inc., et al. ) | |
| *Defendant* ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Bank of America, N.A., c/o Mr. John Knight, Vice President, or any President, Vice President, Officer or Director
901 Main Street, Lower Level, Dallas, TX 75202

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Rider A.

| Place: Duane Morris LLP, 190 S. LaSalle St., Suite 3700, Chicago, IL 60603 or Duane Morris LLP, 200 S. Biscayne Blvd., Suite 3400, Miami, FL 33131-2381 | Date and Time: 08/18/2017 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 07/17/2017

*CLERK OF COURT*

OR   */s/ Jeffrey L. Hamera*

_____          _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Plaintiff Continental Properties, Inc.** , who issues or requests this subpoena, are:

Jeffrey L. Hamera, Duane Morris LLP, 190 S. LaSalle, Suite 3700, Chicago, IL 60603, 312.499.6782, jlhamera@duanemorris.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:17-cv-00041-SPC-MRM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Bank of America, N.A.
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

# RIDER A

## TO SUBPOENA TO PRODUCE DOCUMENTS DIRECTED TO BANK OF AMERICA

**Definitions:**

"Documents" shall mean all forms of recorded information, including without limitation paper documents, electronically stored information, information stored by other means, original documents, copies of original documents, reports that can be generated from stored information and other stored information.

"Relevant Time" shall mean the period beginning on January 1, 2010, and ending on the effective date of the response to this Subpoena but no earlier than July 31, 2017.

"Targeted Accounts" shall mean any and all accounts, active or closed, in the names or names of, or for the benefit of any of the following persons or companies ("Named Parties"):

1) Westcore Construction, LLC,

2) Westcore Construction, L.L.C.,

3) WestCore Construction, LLC,

4) Foundation Management, LLC,

5) Team CCR, LLC, and

6) National Framing, LLC.

or bearing the signatory authority of any of the following people or entities ("Authorized Signers"):

1) David Albertelli,

2) George Albertelli,

3) John Salat,

4) Gregory Hilz,

5) Brook Kozlowski,

6) Kevin Burke,

7) Mark Baugh,

8) Kerry Heltzel,

9) Gregory Corsmeier, and

  10) Foundation Management, LLC.

or bearing any of the following account number(s):

  1) 8980 8002 1415 (WestCore Construction, LLC), and

  2) 334043790484 (National Framing LLC).

**Documents Requested:**

You are commanded to produce the following Documents, created or received during the Relevant Time for all Targeted Accounts:

  1) All Documents pertaining to all open or closed checking, savings, NOW, Time, commercial or other deposit or checking accounts, including but not limited to:

    (a) Signature cards,

    (b) Corporate board authorization minutes or partnership resolutions,

    (c) Bank or account statements,

    (d) Canceled checks,

    (e) Deposit tickets,

    (f) Items deposited,

    (g) Withdrawal tickets,

    (h) Transfer requests,

    (i) Records of deposits, credits, interest, withdrawals, transfers and other transactions,

    (j) Credit and debit memos,

    (k) Wire transfer records,

    (l) Form 1099, 1089, or back-up withholding documents,

    (m) Overdraft notices,

    (n) Overdraft protection account, and

    (o) Guarantor agreements.

2) All Documents pertaining to open or closed **bank loans, credit lines or mortgage** documents, reflecting loans made to or co-signed by any of the Named Parties, including but not limited to:

   (a) Loan applications,

   (b) Corporate board authorization minutes or partnership resolutions,

   (c) Loan ledger sheets,

   (d) Documents (checks, debit memos, cash in tickets, wires in, etc.,) reflecting the means by which loan repayments were made,

   (e) Documents (bank checks, credit memos, cash out tickets, wires out, etc.,) reflecting disbursement of the loan proceeds,

   (f) Loan correspondence files, including but not limited to:

      (i) Letters to the bank,

      (ii) Letters from the bank, and

      (iii) Notes, memoranda, etc. to the file,

   (g) Collateral agreements and documents,

   (h) Credit reports,

   (i) Financial statements,

   (j) Notes or other instruments reflecting the obligation to pay,

   (k) Real estate mortgages, UCC-1 Financing Statements, chattel mortgages or other security instruments for loans,

   (l) Forms 1099, 1089 or back-up withholding documents,

   (m) Loan amortization statements, and

   (n) Guaranties or guarantor agreements.

3) All Documents pertaining to **Certificates of Deposit ("CDs")** purchased or redeemed by any of the named parties or entities, including but not limited to:

   (a) Copies of the certificates,

   (b) Corporate board authorization minutes or partnership resolutions,

3

    (c)    Documents (checks, debit memos, cash in tickets, wires in, etc.,) reflecting the means by which CDs were purchased,

    (d)    Documents (bank checks, credit memos, cash out tickets, wires out, etc.,) reflecting disbursement of the proceeds of any negotiated CDs,

    (e)    Records reflecting interest earned, withdrawn or reinvested,

    (f)    Records reflecting roll-overs, and

    (g)    Forms 1099, 1089 or back-up withholding documents.

4) Customer **correspondence files** for each of the Named Parties, Authorized Signers, and Targeted Accounts, including but not limited to email, other electronic correspondence and paper correspondence.

5) All Documents pertaining to all **Cashier's, Manager's, or Bank Checks, Traveler's Checks, and Money Orders** purchased or negotiated by any of the Named Parties or Authorized Signers or using any of the Targeted Accounts, including but not limited to:

    (a)    Documents (checks, debit memos, cash in tickets, wires in, etc.,) reflecting the means by which the checks or money orders were purchased,

    (b)    Documents (bank checks, credit memos, cash out tickets, wires out, etc.,) reflecting disbursements of the proceeds of any negotiated checks or money orders,

    (c)    Applications for purchase of checks or money orders, and

    (d)    Retained copies of negotiated checks or money orders.

6) All Documents pertaining to **wire transfers** sent or received, including but not limited to:

    (a)    Fed Wire, CHIPS, SWIFT, or other money transfer of message documents,

    (b)    Documents (checks, debit memos, cash in tickets, wires in, etc.,) reflecting the source of the funds wired out,

    (c)    Documents (bank checks, credit memos, cash out tickets, wires out, etc.,) reflecting the ultimate disposition within the bank of the funds wired in, and

    (d)    Notes, memoranda or other writings pertaining to the sending or receipt of wire transfers.

7) All documents pertaining to current or expired **safe deposit box rentals** related to any Authorized Signer, Named Party or Targeted Account, including but not limited to:

   (a) Contracts, and

   (b) Entry records.

8) All documents pertaining to open or closed bank **credit cards** in the name of or under the signatory authority of any of the Named Parties, including but not limited to:

   (a) Applications for credit,

   (b) Corporate board authorization minutes or partnership resolutions,

   (c) Credit reports,

   (d) Monthly statements,

   (e) Financial statements,

   (f) Documents (checks, debit memos, cash in tickets, wires in, etc.,) reflecting payments on the account, and

   (g) Correspondence files.

9) **Teller tapes** reflecting all transactions between the bank and any of the parties or entities named.

10) All **CTRs** (Forms 4789) and **CMIRs** (Form 4790) filed with the Department of Treasury, Internal Revenue Service or the United States Customs Service by you during the Relevant Time concerning currency related transaction of, by or to any Named Party, Authorized Signer or Targeted Account.