**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

CONTINENTAL 332 FUND LLC,
CONTINENTAL 298 FUND LLC,
CONTINENTAL 306 FUND LLC,
CONTINENTAL 326 FUND LLC,
CONTINENTAL 347 FUND LLC,
CONTINENTAL 355 FUND LLC,
CONTINENTAL 342 FUND LLC, and
CONTINENTAL 245 FUND LLC,

    Plaintiffs,

v.

Case No.: 2:17-cv-41-FtM-38MRM

DAVID ALBERTELLI, ALBERTELLI CONSTRUCTION, INC., GEORGE ALBERTELLI, WESTCORE CONSTRUCTION, LLC (Del.), NATIONAL FRAMING, LLC, MFDC, LLC, TEAM CCR, LLC, BROOK KOZLOWSKI, JOHN SALAT, KEVIN BURKE, KERRY HELTZEL, AMY BUTLER, US CONSTRUCTION TRUST, FOUNDATION MANAGEMENT, LLC, KMM CONSTRUCTION, LLC, WESTCORE CONSTRUCTION, LLC (Nev.), and GREGORY HILZ,

    Defendants.
_____/

**DEFENDANTS' JOINT MOTION FOR TO FILE UNDER SEAL**

COMES NOW, Defendants, Brook Kozlowski, Kevin Burke, John Salat, Kerry Heltzel, Westcore Construction, LLC (Del.), National Framing, LLC, MFDC, LLC, Team CCR, LLC, US Construction Trust, Foundation Management, LLC, KMM Construction, LLC and Westcore Construction, LLC (Nev.), (collectively, "Defendants"), pursuant to Local Rule 1.09(a), and the Confidentiality and Protective

Stipulation and Order (ECF No. 126) (the "Confidentiality Order") in place in this action, files its Motion for Leave to File Documents Under Seal ("Motion"), and as grounds therefore states as follows:

1. Defendants will file, subject to final conferral with all appropriate counsel, a *Joint Motion for Determination of Questions of Law Impacting Discovery Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Court's Supervisory Power* ("Rule 16 Motion"), to determine the enforceability and effect of documents obtained during discovery that arguably violate Fla. Rules of Prof'l Conduct.

2. The Rule 16 Motion seeks analysis and determination of documents uncovered during discovery that were produced pursuant to the Confidentiality Order in this case.

3. Defendants request this Court to allow permission to file the Rule 16 Motion and accompanying exhibits under seal.

## AUTHORITY IN SUPPORT OF SEALING

In evaluating a motion to seal, courts balance a party's interest in keeping the information potentially confidential against the public interest in accessing court documents. *See Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2005); *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1314-15 (11th Cir. 2001). In balancing the interests, courts consider whether allowing access would impair court functions or harm legitimate privacy interests, the degree of and likelihood of injury if made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing the documents. *See Romero*, 480 F.3d at 1246. The Eleventh Circuit has recognized that "[a] party's privacy or proprietary interest in information sometimes overcomes the interest of the public in accessing the information." *Id.* at 1246. The Confidential Documents requesting to be sealed to not relate to "public officials or public concerns" and there is not a "less onerous" alternative to sealing the

Potentially Confidential Documents that would ensure that their contents remain confidential while allowing the Court to review them as necessary to reach a decision on the merits. *Id*. at 1246.

Respectfully submitted this 12th day of April, 2019.

JOHN D. WEBB, P.A.

*s/ John D. Webb*
John D. "Jack" Webb
Florida Bar Number: 051871
34 Cordova Street
St. Augustine, Florida 32084
Telephone: (904) 803-4686
Primary Email:
jwebb@jackwebblaw.com
Secondary Email:
arichey@jackwebblaw.com

## LOCAL RULE 3.01(g) CERTIFICATE

The undersigned has conferred with all counsel of record with regards to the issue raised by the Motion herein, and has been advised that all counsel of record to not object to the requested relief.

*s/ John D. Webb*
John D. "Jack" Webb

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 12th day of April, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will electronically send a notice of electronic filing to all parties of record who have consented to such service.

**JOHN D. WEBB, P.A.**

*s/ John D. Webb*
John D. "Jack" Webb
Florida Bar Number: 051871
34 Cordova Street
St. Augustine, Florida 32084
Telephone: (904) 803-4686
Primary Email:
jwebb@jackwebblaw.com
Secondary Email:
arichey@jackwebblaw.com