**THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

CONTINENTAL 332 FUND LLC,　　　　　)
CONTINENTAL 298 FUND LLC,　　　　　)
CONTINENTAL 306 FUND LLC,　　　　　)
CONTINENTAL 326 FUND LLC,　　　　　)
CONTINENTAL 347 FUND LLC,　　　　　)
CONTINENTAL 355 FUND LLC,　　　　　)
CONTINENTAL 342 FUND LLC, and　　　)
CONTINENTAL 245 FUND LLC,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiffs,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　Case No. 2:17-cv-00041-SPC-MRM
　　　　　　　　　　　　　　　　　　)
GREGORY HILZ,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　　)

# NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above-captioned case hereby appeal to the

United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this

action on August 17, 2020 (Dkt. 687) and from an order entered in this action on June 15, 2020

(Dkt. 676) dismissing Plaintiffs' RICO claims against Gregory Hilz.

Dated:  August 19, 2020　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**DUANE MORRIS LLP**
　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs/Counter-Defendants*
　　　　　　　　　　　　　　　　　　CONTINENTAL 332 FUND LLC,
　　　　　　　　　　　　　　　　　　CONTINENTAL 298 FUND LLC,
　　　　　　　　　　　　　　　　　　CONTINENTAL 306 FUND LLC,
　　　　　　　　　　　　　　　　　　CONTINENTAL 326 FUND LLC,
　　　　　　　　　　　　　　　　　　CONTINENTAL 347 FUND LLC,
　　　　　　　　　　　　　　　　　　CONTINENTAL 355 FUND LLC,
　　　　　　　　　　　　　　　　　　CONTINENTAL 342 FUND LLC, and
　　　　　　　　　　　　　　　　　　CONTINENTAL 245 FUND LLC

　　　　　　　　　　　　　　　　　　By:　　/s/ *Jeffrey L. Hamera*

Larry Selander (*pro hac vice*)
Jeffrey L. Hamera (*pro hac vice)*
Benjamin A. Johnston (*pro hac vice)*
Keith M. St. Aubin (*pro hac vice)*
Duane Morris LLP
190 South LaSalle Street
Suite 3700
Chicago, Illinois 60603
312.499.6700 (phone)
312.499.6701 (fax)
lselander@duanemorris.com
jlhamera@duanemorris.com
bajohnston@duanemorris.com
kstaubin@duanemorris.com

Alvin D. Lodish (Florida Bar No.: 622273)
Michael J. Shuman (Florida Bar No. 17053)
Duane Morris LLP
201 S. Biscayne Blvd., #3400
Miami, FL 33131
305.960.2200
alodish@duanemorris.com
mjshuman@duanemorris.com

George D. Niespolo (*pro hac vice)*
Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
415.957.3000 (phone)
415.957.3001 (fax)
gdniespolo@duanemorris.com

### CERTIFICATE OF SERVICE

The undersigned certifies that on August 19, 2020, he caused the foregoing document to be electronically filed with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which will send electronic notification of the filing to those parties who have appeared and are registered as CM/ECF participants in this matter. Parties may access this filing through the Court's CM/ECF system.

/s/ *Jeffrey L. Hamera*